UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-31321/ABA |
| Dallas Dyer | Chapter: | 7 |
| | Judge: | ABA |

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____February 7, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    Real Property:
12 Virginia Road
Glassboro, NJ
FMV - $192,000.00

Liens on property:    DiTech - $269,994.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:  (856) 451-7600

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-31321/ABA |
| Dallas Dyer | Chapter: | 7 |
| | Judge: | ABA |

---

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____ , _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on ___February 7, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Real Property:<br>1444 Allison Street<br>Philadelphia, PA<br>FMV - $45,000.00 |

| | |
|---|---|
| Liens on property: | TD Bank - $44,177.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/ Joseph D. Marchand, Chapter 7 Trustee |
| Address: | 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302 |
| Telephone No.: | (856) 451-7600 |

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31321-ABA
Dallas F Dyer                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Jan 10, 2017
                             Form ID: pdf905        Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db            +Dallas F Dyer,   12 Virginia Road,   Glassboro, NJ 08028-2446
516487533     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516523224     +Ditech Financial LLC,   KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,
               Westmont, NJ 08108-2812
516487540    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Department of the Treasury,
               Division of Taxation,   PO Box 269,   Trenton, NJ 08695-0269)
516487541     +TD Bank,   Operations Center,   PO Box 218,   Lewiston, ME 04243-0218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 00:17:23     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:19     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516487531      E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2017 00:16:32     Ally,   PO Box 380902,
               Bloomington, MN 55438-0902
516487532     +E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2017 00:16:32     Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
516487534     +E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2017 00:17:06     Ditech,   Attn: Bankruptcy,
               Po Box 6172,   Rapid City, SD 57709-6172
516487535      E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2017 00:17:06     Ditech Financial LLC,
               PO Box 6172,   Rapid City, SD 57709-6172
516487537      E-mail/Text: cio.bncmail@irs.gov Jan 11 2017 00:16:52     Internal Revenue Service,
               PO Box 21126,   Philadelphia, PA 19114
516487538     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:19     Office of the U.S. Trustee,
               District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
               Newark, NJ 07102-5217
516487539     +E-mail/Text: bankruptcy@phila.gov Jan 11 2017 00:17:45     Philadelphia Department of Revenue,
               Municipal Services Building,   1401 John F. Kennedy Boulevard,   Philadelphia, PA 19102-1613
                                                                              TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516487536*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   Special Procedures Branch,
               Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel R. Spivack    on behalf of Debtor Dallas F Dyer joel@spivacklaw.com,  admin@spivacklaw.com
          Joseph  Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
                                                                              TOTAL: 3