**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Dallas F Dyer, Debtor(s)　　　　　　　　　Case No.: 16-31321/ABA
　　　　　　　　　　　　　　　　　　　　Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

　　　　You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ally Capital

**Location of Hearing**: United States Bankruptcy Court
　　　　　　　　　　　　400 Cooper Street, Courtroom 4B
　　　　　　　　　　　　Camden, NJ

**Date and Time:**　　　Tuesday, February 14, 2017 at 12:00 PM
　　　　　　　　　　　　or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2325 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 11, 2017 the foregoing notice was served on the following:

Dallas F Dyer, Debtor(s)
Joel R Spivack, Counsel for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31321-ABA
Dallas F Dyer                                                             Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1           Date Rcvd: Jan 11, 2017
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db             +Dallas F Dyer,   12 Virginia Road,   Glassboro, NJ 08028-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joel R. Spivack    on behalf of Debtor Dallas F Dyer joel@spivacklaw.com,    admin@spivacklaw.com
      Joseph   Marchand     jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
                                                                                                                                    TOTAL: 3