UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Dallas F Dyer**

Case No.:16-31321-ABA

Adv. No.:

Hearing Date: 2/14/17

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____ is hereby
**ORDERED.**

**DATED: February 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No. –ABA
Debtor(s):
Order Regarding Reaffirmation Agreement
Page 2

The Reaffirmation Agreement between the Debtor(s) and ___Ally Capital

_____

_____ is:

       (Creditor)

_____ Approved

___XXX Disapproved. However, the Court finds and concludes that the Debtor(s)

has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h).

Accordingly, Creditor must seek further order of this Court in order to exercise any remedies

under the subject installment agreement with respect to any pre-petition non-monetary defaults

thereunder.

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A secured creditor does not violate the automatic stay imposed by § 362 of the
Code or the discharge injunction imposed by § 524 of the Code when it sends any
of the following documents to the debtor:

(1) a regular monthly statement or payment coupon;

(2) a reminder statement which is informational only and does not demand
payment;

(3) a notice of the status of an escrow account, including a notice regarding
calculation of a new monthly payment based on a change in the property
tax or insurance premium; or

(4) a notice of an adjustment to a variable rate monthly mortgage payment
resulting from a change in the interest rate.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 16-31321-ABA
Dallas F Dyer                                                                              Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Feb 14, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db              +Dallas F Dyer,   12 Virginia Road,   Glassboro, NJ 08028-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Joel R. Spivack    on behalf of Debtor Dallas F Dyer joel@spivacklaw.com,  admin@spivacklaw.com
            Joseph  Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
                                                                                            TOTAL: 3