**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dallas F Dyer** | Social Security number or ITIN **xxx–xx–8377** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of New Jersey** | | |
| Case number:   **16–31321–ABA** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dallas F Dyer

2/17/17                              **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                       Case No. 16-31321-ABA
Dallas F Dyer                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 17, 2017
                              Form ID: 318             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Dallas F Dyer,    12 Virginia Road,   Glassboro, NJ 08028-2446
516487533      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516523224      +Ditech Financial LLC,    KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
516487539      +Philadelphia Department of Revenue,    Municipal Services Building,
                 1401 John F. Kennedy Boulevard,    Philadelphia, PA 19102-1613
516487540     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,   Trenton, NJ 08695-0269)
516487541      +TD Bank,   Operations Center,    PO Box 218,   Lewiston, ME 04243-0218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Feb 17 2017 22:48:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 17 2017 22:48:07      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 22:48:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Feb 17 2017 22:48:00      Ally Capital,    PO Box 130424,
                 Roseville, MN  55113-0004
516487531       EDI: GMACFS.COM Feb 17 2017 22:48:00      Ally,   PO Box 380902,    Bloomington, MN 55438-0902
516487532      +EDI: GMACFS.COM Feb 17 2017 22:48:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
516487534      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 17 2017 22:48:02      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
516487535       E-mail/Text: bankruptcy.bnc@ditech.com Feb 17 2017 22:48:02      Ditech Financial LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
516487537       EDI: IRS.COM Feb 17 2017 22:58:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
516487538      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 22:48:06      Office of the U.S. Trustee,
                 District of New Jersey,    U.S. Department of Justice,   One Newark Center, Suite 2100,
                 Newark, NJ 07102-5217
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516487536*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,   Springfield, NJ 07081-0724)
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Feb 17, 2017
                               Form ID: 318               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joel R. Spivack    on behalf of Debtor Dallas F Dyer joel@spivacklaw.com, admin@spivacklaw.com
        Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
                                                                                               TOTAL: 3